Louis M. Levy et al., Appellants, *v.* Fredericke S. Passavant et al., Respondents.

*Levy* v. *Passavant,* 67 App. Div. 619, affirmed.
(Argued May 8, 1903; decided May 22, 1903.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 18, 1901, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term.

*Frederick E. Anderson* and *John Ewen* for appellants.

*Charles E. Hughes* and *Arthur C. Rounds* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: Parker, Ch. J., Gray, O'Brien, Bartlett, Haight Martin and Vann, JJ.

The People of the State of New York ex rel. Consolidated Gas Company of New York, Respondent, *v.* State Board of Tax Commissioners, Appellant.

The People of the State of New York ex rel. Brooklyn City Railroad Company, Respondent, *v.* State Board of Tax Commissioners, Appellant.

The People of the State of New York ex rel. Coney Island and Brooklyn Railroad Company, Respondent, *v.* State Board of Tax Commissioners, Appellant.

(Submitted May 18, 1903; decided May 22, 1903.)

Motions for reargument denied, with ten dollars costs in each motion. (See 174 N. Y. 417.)

The People of the State of New York ex rel. Joseph Krulish, Appellant, *v.* Charles V. Fornes et al., Composing the Board of Aldermen of the City of New York, Defendants, and Patrick Chambers, Respondent.

(Submitted May 18, 1903; decided May 22, 1903.)

Motion for reargument and to amend remittitur denied, with ten dollars costs. (See 175 N. Y. 114.)